UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BETZALEL SCHWARTZMAN,

                            Petitioner,

    -against-

YAAKOV HARLAP, also known as Jacob Charlap,

                            Respondent.
-----------------------------------------------------------------X

**FILED IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y
★ APR 17 2009 ★
P.M. _____
TIME A.M. _____**

SECOND CORRECTED JUDGMENT
08-CV-4990(BMC)

A Memorandum Decision and Order of Honorable Brian M. Cogan, United States District Judge, having been filed on April 13, 2009, granting the petition to confirm the award, denying the motion to vacate the award; and directing the Clerk of Court to enter judgment in favor of petitioner and against respondent in the amount of $66,000.00, plus interest at the federal rate of 5.25 percent applicable to judgments from September 26, 2006, the date of the arbitration award to the date of judgment in the amount of $12,284.13, for a total judgment award of $78,284.13; it is

ORDERED and ADJUDGED that the petition to confirm the award is granted; that the motion to vacate the award is denied; and that judgment is hereby entered in favor of petitioner, Betzalel Schwartzman, and against respondent, Yaakov Harlap, also known as Jacob Charlap, in the amount of $66,000.00, plus interest in the amount of $12,284.13 from September 26, 2006, the date of the arbitration award to the date of this judgment for a total award of $78,284.13.

Dated: Brooklyn, New York
       April 17, 2009

                                            Robert C. Heinemann
                                            Clerk of Court

                                           /s/(TV)
                               By: _____
                                           Terry Vaughn
                                           Chief Deputy for Court Operations