UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BETZALEL SCHWARTZMAN,                                    NOTICE OF MOTION
                                                         TO ADMIT COUNSEL
                      Petitioner,                   PRO HAC VICE

      -against-

                                                 08-cv-4990

YAAKOV HARLAP, also known as Jacob Charlap,

                      Respondent.
-----------------------------------------------------------------X

TO:    YAAKOV HARLAP (Pro Se)
        78-26 Parsons Boulevard
        Fresh Meadows, New York 11366

**PLEASE TAKE NOTICE** that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto will move this Court pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Law Offices of Avi Peison and a member in good standing of the Bars of the States of New York and New Jersey, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Petitioner. There are no pending disciplinary proceedings against me in any State or Federal court.

                                                     Respectfully submitted,

                                                     */s/ Avi Peison*
                                                     Avi M. Peison, Esq.
                                                     Law Offices of Avi Peison
                                                     2036 New York Avenue
                                                     Brooklyn, New York 11210
                                                     avipeison@aol.com
                                                     (718) 541-1473

                                                                     C/M
                                                                     7/14/10

Dated: July 9, 2010              **MOTION GRANTED.**

                                                    /Signed by Judge Brian M. Cogan/
                     **So Ordered:**_____
                             Hon. Brian M. Cogan
                                    U.S.D.J.