UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
BETZALEL SCHWARTZMAN,   JUDGMENT
                                            08-CV- 4990 (BMC)
                        Petitioner,

   -against-


YAAKOV HARLAP, also known as Jacob
Charlap,


                        Respondent.
-------------------------------------------------------------------X

       An Order of Honorable Brian M. Cogan, United States District Judge, having been filed on July 19, 2010, directing the Clerk of Court to enter judgment in the same form as originally entered, except the final decretal paragraph from the original judgment shall be deleted, and in its place the judgment shall provide that is ORDERED AND ADJUDGED that the petition to confirm the award is granted; that the motion to vacate the award is denied; and that judgment is hereby entered in favor of petitioner, Betzalel Schwartzman, and against respondent, Yaakov Harlap, also known as Jacob Charlap, in the amount of $66,000.00, plus interest at the federal rate applicable to judgments from September 26, 2006, to the date of the arbitration award, provided, however, that all payments shall be made to the Court Secretary, Beit Hora'Ah, West Bnei-Brak, Rehov Rabi Akiva 48 (Kook 1), Bnei Brak, Israel; it is

       ORDERED AND ADJUDGED that the petition to confirm the award is granted; that the motion to vacate the award is denied; and that judgment is hereby entered in favor of petitioner, Betzalel Schwartzman, and against respondent, Yaakov Harlap, also known as Jacob Charlap, in the amount of $66,000.00, plus interest at the federal rate applicable to

JUDGMENT
08-CV- 4990 (BMC)

judgments from September 26, 2006, to the date of the arbitration award, provided, however, that all payments shall be made to the Court Secretary, Beit Hora'Ah, West Bnei-Brak, Rehov Rabi Akiva 48 (Kook 1), Bnei Brak, Israel.

Dated: Brooklyn, New York
      July 21, 2010

s/Robert C. Heinemann
_____
ROBERT C. HEINEMANN
Clerk of Court